B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Distsrict of Puerto Rico | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>BMF, INC. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):    EIN: 66-0528309 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City,  and State)<br>CARR. 798 KM. 0.6<br>BARRIO RIO CAÑAS<br>CAGUAS, PR                    ZIPCODE 00725 | Street Address of Joint Debtor (No. and Street, City, and State<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Caguas | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>PO BOX 277<br>CAGUAS, PR                    ZIPCODE 00726-0277 | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                    ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)
- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of  Business**
(Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] WATER BOTTLING/DISTRIBUTOR

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main  Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests: _____

Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with  11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-00610

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>BMF, INC. |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: N.A. | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**
(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____<br>   Signature of Attorney for Debtor(s)        Date

</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
### (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____<br>(Name of landlord that obtained judgment)

_____<br>(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

| B1 (Official Form 1) (12/11) | Page 3 |
|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): BMF, INC. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X ~~signature~~
Signature of Attorney for Debtor(s)

CARMEN D. CONDE TORRES 207312
Printed Name of Attorney for Debtor(s)

C. Conde & Assoc.
Firm Name

254 SAN JOSE STREET
Address

SUITE 5□□SAN JUAN, PR 00901-1523

787-729-2900
Telephone Number

JANAURY 31, 2012
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ~~signature~~
Signature of Authorized Individual

LUIS O. MAYENDIA BLANCO
Printed Name of Authorized Individual

GENERAL MANAGER
Title of Authorized Individual

JANAURY 31 2012
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302V-08610



**BMF INC.**
Distilled Water Products

## CORPORATE RESOLUTION

I, <u>ORLANDO MAYENDIA DIAZ</u>, of legal age, <u>seventy seven</u>, Secretary of <u>BMF, INC</u>, and resident of <u>GUAYNABO</u>, Puerto Rico DO HEREBY CERTIFY that:

1.   At a meeting celebrated on <u>December 23</u>, 2011, the Board of Directors of <u>BMF, INC</u>, agreed to file a bankruptcy petition under the provisions of Chapter 11 of the Bankruptcy Code.

2.   That we have been informed and oriented of the meaning of Chapter 11 of the Bankruptcy Code.

3.   That at the meeting of shareholders celebrated on the same date, the filing for bankruptcy under Chapter 11 of the Federal Bankruptcy Law was unanimously approved.

4.   That it was also agreed that the services of Attorney Carmen D. Conde Torres would be retained for such purposes.

5.   That it was also agreed that <u>LUIS O. MAYENDIA BLANCO</u>, will be the person authorized to signed the Petition, Schedules and Statement of Financial Affairs and any other documents related to the bankruptcy proceedings.

To be evident, I sign this resolution today the <u>20</u> day of <u>January</u>, 2012.

[BMF, INC]

By: _____, Secretary

Affidavit No. 44478

Sworn and signed before me by ____Orlando Mayendia____ of legal age, _____, Secretary of ____BMF Inc_____ and from the vicinity of _____, Puerto Rico, who is personally known to me.

Today ___20___ day of __enero__ 20 12 at San Juan, Puerto Rico.

_____
Notary Public
6135

B203
12/94

# United States Bankruptcy Court
### District of Puerto Rico

In re  BMF, INC.                                     Case No. _____

                                                    Chapter _____11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................. $    25,000.00

Prior to the filing of this statement I have received ................................................ $    25,000.00

Balance Due ............................................................................................................. $        0.00

2.   The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

$300.00 p/h for Carmen D. Conde Torres plus cost and expenses;
$275.00 p/h for Associates plus cost and expenses;
$250.00 p/h for Junior Attorneys plus cost and expenses;
$150.00 p/h for Legal Assistance such As Paralegal, in house special clerical services or Accounting Analyst plus cost and expenses.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

JANAURY 31, 2012
_____
Date

_____
Signature of Attorney

C. Conde & Assoc.
_____
Name of law firm

**B6 Cover (Form 6 Cover) (12/07)**

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Distsrict of Puerto Rico

In re BMF, INC.
_____ Debtor

Case No. _____

Chapter _____11_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 6,000,000.00 | | |
| B – Personal Property | YES | 4 | $ 6,262,338.01 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 6,830,771.91 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 5 | | $ 801,242.91 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 14 | | $ 1,273,277.62 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| TOTAL | | 30 | $ 12,262,338.01 | $ 8,905,292.44 | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

# United States Bankruptcy Court
## Distsrict of Puerto Rico

In re    BMF, INC.                                      Case No. _____

                        Debtor

                                                        Chapter _____11_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR,** Form 22B Line 11; **OR,** Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   N.A. |
| 4.  Total from Schedule F | | $   N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   N.A. |

B6A (Official Form 6A) (12/07)

In re ___BMF, INC._____   Case No. _____
          **Debtor**                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C -- Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| LOT NO. 51,669<br><br>SOLAR B. LOTE INDUSTRIAL. PREDIO DE TERRENO DE FORMA IRREGULAR QUE RADICA EN EL BO. RIO CAÑAS DE CAGUAS, PR. CON UNA CABIDA DE 2.00 CUERDAS EQUIVALENTE A 7,881.0983 METROS CUADRADOS. INSCRITA AL FOLIO 150 DEL TOMO 1,489, SECCION I DE CAGUAS. | 100% | | 6,000,000.00 | 4,891,278.92 |
| | | Total ➤ | 6,000,000.00 | |
| | | | (Report also on Summary of Schedules.) | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B6B (Official Form 6B) (12/07)

In re  BMF, INC.                                                      Case No. _____
                  **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BANCO SANTANDER PUERTO RICO CHECKING ACCOUNT ACCOUNT NO. 3003288519 HATO REY BRANCH | | 2,212.90 |
| | | BANCO POPULAR PUERTO RICO CHECKING ACCOUNT ACCOUNT NO. 13138614 SAN PATRICIO BRANCH | | -80.36 |
| | | SCOTIABANK CHECKING ACCOUNT ACCOUNT NO. 927420091 SANTURCE BRANCH | | -3,325.33 |
| | | SCOTIABANK CHECKING ACCOUNT ACCOUNT NO. 924980097 SANTURCE BRANCH | | 1,826.80 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | AAA ACCOUNT NO. 11556510-001-9 | | 250.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B6B (Official Form 6B) (12/07) -- Cont.

In re   BMF, INC.                                              Case No. _____
            **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | ACCOUNT RECEIVABLES SEE EXHIBIT 1 | | 322,204.00 |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | | CLAIM AGAINST MR. FERNANDO MACHADO | | 60,000.00 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B6B (Official Form 6B) (12/07) -- Cont.

In re   BMF, INC.                                                      Case No. _____
         _____
                    **Debtor**                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | TRADEMARKS AND LOGOS SEE EXHIBIT 2 | | Indeterminate |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | JUNTA DE CALIDAD AMBIENTAL AREA DE CALIDAD DE AIRE PG-GE-13-1109-0728RC HEALTH DEPARTMENT | | Indeterminate |
| | | KOSHER CERTIFICATION KOSHER CERTIFICATE KC NO. 1556356-1 | | Indeterminate |
| | | DEPARTAMENTO DE RECURSOS NATURALES FRANCHISE | | Indeterminate |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | VEHICLES SEE EXHIBIT 3 | | 155,123.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | EQUIPMENT SEE EXHIBIT 4 | | 15,489.00 |
| | | COMPUTERS EQUIPMENT SEE EXHIBIT 5 | | 34,736.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | MACHINERY-11200 SEE EXHIBIT 6 | | 2,766,491.00 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B6B (Official Form 6B) (12/07) -- Cont.

In re __BMF, INC._____     Case No. _____
       **Debtor**                                          **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30. Inventory. | | INVENTORY SEE EXHIBIT 7 | | 151,197.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | IMPROVEMENTS-11170 IMPROVEMENT-BUILDING | | 600,930.00 2,155,284.00 |

_____0_____ continuation sheets attached     Total     $     6,262,338.01

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B6C (Official Form 6C) (04/10)

In re  BMF, INC.                                                    Case No. _____
              **Debtor**                                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)

☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re  BMF, INC. _____,      Case No. _____
　　　　　　　Debtor                                         (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BANCO POPULAR DE PR <br> C/O O'NEILL & BORGES <br> AMERICAN INTL PLAZA, SUITE 800 <br> 250 MUNOZ RIVERA AVE. <br> HATO REY, PR 00919-1813 | | | Lien: CASE NO. ECD2011-1593 <br><br><br> VALUE $　　　0.00 | X | X | | Notice Only | Notice Only |
| ACCOUNT NO. 110-0900-2724693-9002 <br><br> BANCO POPULAR DE PR <br> PRESTAMOS ESPECIALES (733) <br> PO BOX 362708 <br> SAN JUAN, PR 00936-2708 | | | Incurred: 2001 <br> Security: LOT NO. 51,669 <br> CASE NO. ECD2011-1593 <br><br> VALUE $　　6,000,000.00 | X | X | | 4,891,278.92 | 0.00 |
| ACCOUNT NO. 00105100042015760000000l <br><br> FIRST BANK <br> PO BOX 9146 <br> SAN JUAN, PR 00908-0146 | | | Incurred: 2006 <br> Lien: LOAN <br> Security: EQUIPMENT <br><br> VALUE $　　2,766,491.60 | | | | 615,133.63 | 0.00 |

_　1　_ continuation sheets attached

Subtotal ▶  $ 5,506,412.55  |  $  0.00
(Total of this page)

Total ▶  $  |  $
(Use only on last page)

(Report also on Summary of Schedules)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

**B6D (Official Form 6D) (12/07) – Cont.**

In re   BMF, INC.                                    ,          Case No. _____
              Debtor                                                         (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00105100042015760009000 1001<br><br>FIRST BANK<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | | | Incurred: 2007<br>Lien: LINE OF CREDIT<br>Security: EQUIPMENT<br><br>VALUE $       2,766,491.60 | | | | 989,359.36 | 0.00 |
| ACCOUNT NO. 00105100042015760009000 1002<br><br>FIRST BANK<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | | | Incurred: 2007<br>Lien: LINE OF CREDIT<br>Security: EQUIPMENT<br><br>VALUE $       2,766,491.60 | | | | 335,000.00 | 0.00 |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶ | $   1,324,359.36 | $   0.00
(Total(s) of this page)
Total(s) ▶ | $   6,830,771.91 | $   0.00
(Use only on last page)

(Report also on Summary of Schedules) (If applicable, report also on Statistical Summary of Certain Liabilities and Related

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B6E (Official Form 6E) (04/10)

In re   BMF, INC. _____,   Case No. _____
                          Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/10) - Cont.

In re    BMF, INC.                                            ,        Case No._____
                    Debtor                                                    (if known)

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_3_   continuation sheets attached

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B6E (Official Form 6E) (04/10) - Cont.

In re  BMF, INC.                                    ,      Case No. _____
                Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)     Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CRIM <br> PO BOX 195387 <br> SAN JUAN, PR 00919-5387 | | | Incurred: 2008 <br> Consideration: <br> PERSONAL AND REAL PROERTY | | | | 372,427.69 | 372,427.69 | 0.00 |
| ACCOUNT NO. <br><br> DEPARTAMENTO DE RECURSOS NATURALES Y AMBIENTALES <br> PO BOX 366147 <br> SAN JUAN, PR 00936 | | | Incurred: 2008 <br> Consideration: <br> FRANQUICIA-POZO 1 | | | | 26,576.25 | 26,576.25 | 0.00 |
| ACCOUNT NO. <br><br> DEPARTAMENTO DEL TRABAJO Y RECURSOS HUMANOS <br> PO BOX 191020 <br> SAN JUAN, PR 00919-1020 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> DEPARTMENT OF TREASURY BANKRUPTCY DIVISION <br> PO BOX 9024140 <br> SAN JUAN, PR 00902-4140 | | | Incurred: 2010 <br> Consideration: <br> WITHHOLDING 7% | | | | 9,980.98 | 9,980.98 | 0.00 |

Sheet no. _1_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ (Totals of this page)      $ 408,984.92      $ 408,984.92      $ 0.00

Total ➤ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)      $

Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)      $          $          $

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B6E (Official Form 6E) (04/10) - Cont.

In re __BMF, INC._____,          Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)   Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> DEPARTMENT OF TREASURY BANKRUPTCY DIVISION PO BOX 9024140 SAN JUAN, PR 00902-4140 | | | Incurred: 2010 Consideration: WITHHOLDING | | | | 78,933.51 | 78,933.51 | 0.00 |
| ACCOUNT NO. <br><br> DEPARTMENT OF TREASURY BANKRUPTCY DIVISION PO BOX 9024140 SAN JUAN, PR 00902-4140 | | | Incurred: 2009 Consideration: CONTRIBUCION ESPECIAL77941.85 | | | | 77,941.85 | 77,941.85 | 0.00 |
| ACCOUNT NO. <br><br> FONDO DEL SEGURO DEL ESTADO PO BOX 365028 SAN JUAN, PR 00936-5028 | | | Incurred: 2011 Consideration: WORKMEN COMPENSATION | | | | 45,746.69 | 45,746.69 | 0.00 |
| ACCOUNT NO. <br><br> INTERNAL REVENUE SERVICES PO BOX 7346 PHILADELPHIA, PA 19101-7346 | | | Incurred: 2009-2011 Consideration: SOCIAL SECURITY | | | | 145,779.57 | 145,779.57 | 0.00 |

Sheet no. __2__ of __3__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal <br> (Totals of this page)  ➤   $ 348,401.62   $ 348,401.62   $ 0.00

Total <br> (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)   $

Totals ➤ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $   $

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B6E (Official Form 6E) (04/10) - Cont.

In re BMF, INC. _____,   Case No. _____
         Debtor                                  (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)   Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> IRS <br> CITIVIEW PLAZA NO. II <br> 48 CARRETERA 165, SUITE 2000 <br> GUAYNABO, PR 00968-8000 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. <br><br> MUNICIPALITY OF CAGUAS <br> PO BOX 907 <br> CAGUAS, PR 00726-907 | | | Incurred: 2011 <br> Consideration: <br> MUNICIPAL TAX | | | | 43,856.37 | 43,856.37 | 0.00 |
| ACCOUNT NO. <br><br> US DEPARTMENT OF JUSTICE <br> FEDERAL LITIGATION DIVISION <br> PO BOX 9020192 <br> SAN JUAN, PR 0090-0192 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __3__ of __3__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 43,856.37 | $ |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 801,242.91 | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 801,242.91 $ 0.00 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B6F (Official Form 6F) (12/07)

In re  BMF, INC.                                    ,          Case No. _____
          **Debtor**                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ACCURATE COLLECTION SERVICES, INC.<br>PO BOX 16053<br>SAN JUAN, PR 00908 | | | Consideration: SMURFIT-STONE, INC. | | | | Notice Only |
| ACCOUNT NO.<br>AG SECURITY SUSTEMS, INC.<br>PMB 316 1353 CARR 19<br>GUAYNABO, PR 00966-2700 | | | Incurred: 2011<br>Consideration: SECURITY SYSTEM | | | | 2,658.66 |
| ACCOUNT NO.<br>ALBA L. CRUZ MOYA<br>PMB NO. 173 B<br>PO BOX 194000<br>SAN JUAN, PR 00914-4000 | | | Incurred: 2011<br>Consideration: PROFESSIONAL SERVICES | | | | 250.00 |
| ACCOUNT NO.<br>ALBERTO SONE<br>CALLE PILAR NO. 584<br>SAN JUAN, PR 00915 | | | Incurred: 2011<br>Consideration: SERVICES | | | | 1,000.00 |

_13_ continuation sheets attached

Subtotal ➤ | $ | 3,908.66

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-06610

B6F (Official Form 6F) (12/07) - Cont.

In re  BMF, INC.                                        ,          Case No. _____
             Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ALPLA CARIBE<br>PO BOX 2907<br>GUAYAMA, PR 00785 | | | Incurred: 2011<br>Consideration: VENDOR | X | | | 831,783.77 |
| ACCOUNT NO.<br><br>ANGEL MERLY & ASSOCIATES<br>1056 MUNOZ RIVERA AVE.<br>FIRST FEDERAL BUILDING SUITE 804<br>RIO PIEDRAS, PR 00927 | | | Incurred: 2009<br>Consideration: PROFESSIONAL SERVICES-APPRAISER | | | | 2,025.00 |
| ACCOUNT NO.<br><br>ASOCIACION DE PRODUCTOS DE PR<br>PO BOX 363631<br>SAN JUAN, PR 00936-3631 | | | Incurred: 2010<br>Consideration: FEE | | | | 300.00 |
| ACCOUNT NO.  11556510-001-9<br><br>AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADOS<br>PO BOX 70101<br>SAN JUAN, PR 00936-8101 | | | Incurred: 2011<br>Consideration: UTILITY | | | | 162.21 |
| ACCOUNT NO.  04105529620024<br><br>AUTORIDAD DE ENERGIA ELECTRICA<br>PO BOX 363508<br>SAN JUAN, PR 00936-3508 | | | Incurred: 2011<br>Consideration: UTILITY | | | | 120,115.33 |

Sheet no. __1__ of __13__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

             Subtotal▶ $     954,386.31

             Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B6F (Official Form 6F) (12/07) - Cont.

In re  BMF, INC. _____,  Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  13138614<br><br>BANCO POPULAR DE PUERTO RICO<br>PRESTAMOS ESPECIALES (733)<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | | | Incurred: 2012<br>Consideration: OVERDRAFT | | | | 80.36 |
| ACCOUNT NO.<br><br>BORINQUEN CONTAINER CORP.<br>C/O ALBERTO DE DIEGO COLLAR<br>MLDEZ, PEREZ DE DIEGO & JIMENEZ<br>PO BOX 19328<br>SAN JUAN, PR 00910-1328 | | | Consideration: CASE NO. ECD2010-1776 | X | X | X | Notice Only |
| ACCOUNT NO.<br><br>BORINQUEN CONTAINER CORP.<br>PO BOX 145170<br>ARECIBO, PR 00614-5170 | | | Incurred: 2010<br>Consideration: VENDOR<br>CASE NO. ECD2010-1776 | X | X | X | 1,465.20 |
| ACCOUNT NO.<br><br>BUSINESS TECHNICAL SERVICES<br>PMB 362 PO BOX 4960<br>CAGUAS, PR 00726 | | | Incurred: 2011<br>Consideration: PROFESSIONAL SERVICES<br>AIR CONDITIONING | | | | 9,693.83 |
| ACCOUNT NO.<br><br>CARIBE INDUSTRIAL<br>PO BOX 60980<br>BAYAMON, PR 00960 | | | Incurred: 2011<br>Consideration: VENDOR | | | | 15,384.83 |

Sheet no. 2 of 13 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 26,624.22

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302V-08610

B6F (Official Form 6F) (12/07) - Cont.

In re   BMF, INC. _____ ,   Case No. _____
                    **Debtor**                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CARLOS RAMIREZ TORRES<br>CALLE ORQUIDEA A1-21<br>BONEVILLE MARNOR<br>CAGUAS, PR 00725 | | | Incurred: 2011<br>Consideration: PROFESSIONAL SERVICES | | | | 1,915.00 |
| ACCOUNT NO.<br><br>CASIANO COMMUNICATION<br>1700 FERNANDEZ JUNCOS<br>SAN JUAN, PR 00909 | | | Incurred: 2011<br>Consideration: ADVERTISMENT | | | | 50.00 |
| ACCOUNT NO.<br><br>CENTRAL PRODUCE EL JIBARITO<br>PO BOX 11909<br>SAN JUAN, PR 00922-11909 | | | Incurred: 2010 | | | | 42,954.14 |
| ACCOUNT NO.<br><br>COLON INDUSTRIAL<br>VILLA DEL REY 4TH SECTION<br>FF1 11H STREET<br>CAGUAS, PR 00727-6827 | | | Incurred: 2011<br>Consideration: VENDOR | | | | 328.00 |
| ACCOUNT NO.<br><br>CWP CORPORATION<br>BOX 10037<br>SAN JUAN, PR 00926 | | | Incurred: 2008<br>Consideration: SUPPLIER<br>CASE NO. ECD2011-1036 | X | X | X | 30,338.48 |

Sheet no. __3__ of __13__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $   75,585.62

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B6F (Official Form 6F) (12/07) - Cont.

In re   BMF, INC. _____,   Case No. _____

Debtor (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CWP CORPORATION<br>C/O ROBERTO L. VARELA, ESQ.<br>CALLE GOYCO 49<br>CAGUAS, PR 00725 | | | Consideration: CASE NO. ECD2011-1036 | X | X | X | Notice Only |
| ACCOUNT NO.<br><br>DUENAS TRAILER RENTAL<br>PO BOX 194859<br>SAN JUAN, PR 00919-4859 | | | Incurred: 2010<br>Consideration: RENTA - VAGONES | | | | 1,160.12 |
| ACCOUNT NO.<br><br>EL JARDIN DEL EDEN<br>PO BOX 775<br>CIDRA, PR 00739 | | | Incurred: 2011<br>Consideration: LOAN | | | | 3,000.00 |
| ACCOUNT NO.<br><br>ERNESTO VILLANOVA VELEZ<br>PO BOX 3557<br>CAROLINA, PR 00984-3557 | | | Incurred: 2010<br>Consideration: TRANSPORT SERVICES | | | | 480.00 |
| ACCOUNT NO.<br><br>ESB PR CORPORATION<br>PO BOX 1410<br>CAROLINA, PR 00987 | | | Incurred: 2009<br>Consideration: RENTA - MONTACARGAS | | | | 376.55 |

Sheet no. 4 of 13 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▸  $   5,016.67

Total ▸  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 3184-6-302Y-08610

B6F (Official Form 6F) (12/07) - Cont.

In re  BMF, INC. _____,   Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FEDEX<br>PO BOX 371461<br>PITTSBURGH, PA 15250-7461 | | | Incurred: 2010<br>Consideration: COURIER | | | | 8,098.65 |
| ACCOUNT NO.<br><br>FILLER SPECIALTIES INC.<br>440 100TH STREET<br>ZEELAND, MI 49464 | | | Incurred: 2011<br>Consideration: VENDOR | | | | 1,775.85 |
| ACCOUNT NO.<br><br>FORTO SALES<br>PO BOX 910<br>GUAYANBO, PR 00970-0910 | | | Incurred: 2011<br>Consideration: VENDOR | | | | 174.68 |
| ACCOUNT NO.<br><br>GRAPHIC LABELS INC.<br>3418 N ORANGE BLOSSOM<br>ORLANDO, FL 32804-3411 | | | Incurred: 2011<br>Consideration: VENDOR | | | | 9,334.80 |
| ACCOUNT NO.<br><br>GUSTAVO FIRPI<br>1054 MADRID<br>URB. SANTA RITA<br>SAN JUAN, PR 00925 | | | Incurred: 2011<br>Consideration: SUPPLIER | | | | 298.00 |

Sheet no. _5_ of _13_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   19,681.98

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B6F (Official Form 6F) (12/07) - Cont.

In re  BMF, INC.                                          ,          Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. HATO REY PLASTIC C/O ARTURO GONZALEZ MARTIN PO BOX 193377 SAN JUAN, PR 00919-3377 | | | | | | | Notice Only |
| ACCOUNT NO. HATO REY PLASTIC PO BOX 366757 SAN JUAN, PR 00936-6757 | | | Incurred: 2010 Consideration: VENDOR | | | | 3,749.74 |
| ACCOUNT NO. IFCO RECYCLING INC. C/O MANUEL VALLECILLO HATO REY CENTER SUITE 507 268 PONCE DE LEON AVE. SAN JUAN, PR 00918 | | | | | X | | Notice Only |
| ACCOUNT NO. IFCO RECYCLING INC. PO BOX 191744 SAN JUAN, PR 00919-1744 | | | Incurred: 2010 Consideration: RENT-RECYCLING MACHINE | | X | | 8,459.60 |
| ACCOUNT NO. IMG INTERCONTINENTAL MARKETING GROUP, INC. PO BOX 362497 SAN JUAN, PR 00936-2497 | | | Incurred: 2012 Consideration: SUPPLIER | | | | 2,305.80 |

Sheet no. __6__ of __13__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 14,515.14

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B6F (Official Form 6F) (12/07) – Cont.

In re    BMF, INC.                                                                    ,         Case No. _____
                        **Debtor**                                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>INDUSTRIAL SEALING SYSTEM<br>PO BOX 2017 PMB 219<br>LAS PIEDRAS, PR 00771 | | | Incurred: 2010<br>Consideration: PROFESSIONAL SERVICES | | | | 7,695.00 |
| ACCOUNT NO.<br><br>INKJET INC.<br>11111 INKJET WAY<br>WILLIS, TX 77378 | | | Incurred: 2011<br>Consideration: VENDOR | | | | 282.00 |
| ACCOUNT NO.<br><br>JAVIER MENDEZ<br>PO BOX 9814<br>CAGUAS, PR 00726 | | | Incurred: 2010<br>Consideration: PROFESSIONAL SERVICES | | | | 115.00 |
| ACCOUNT NO.<br><br>JL WATER CONSULTANT<br>PO BOX 9349<br>BAYAMON, PR 00960 | | | Incurred: 2010<br>Consideration: CONSULTANT | | | | 12,054.76 |
| ACCOUNT NO.<br><br>JOCO PLUMBING<br>HC 09 BOX 61402<br>CAGUAS, PR 00725 | | | Incurred: 2011<br>Consideration: PROFESSIONAL SERVICES | | | | 2,450.00 |

Sheet no. __7__ of __13__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  22,596.76

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B6F (Official Form 6F) (12/07) - Cont.

In re   BMF, INC.                                                      ,          Case No. _____
                    **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JP INDUSTRIAL SALES<br>PO BOX 9020735<br>SAN JUAN, PR 00902-0735 | | | Incurred: 2011<br>Consideration: SUPPLIER | | | | 401.95 |
| ACCOUNT NO.<br><br>L ORTIZ TRUCKING INC.<br>APARTADO 419<br>SALINAS, PR 00751 | | | Incurred: 2009<br>Consideration: TRANSPORT SERVICES | | | | 5,229.16 |
| ACCOUNT NO.<br><br>LABELS UNLIMITED INC.<br>PO BOX 9023465<br>SAN JUAN, PR 00902-3465 | | | Incurred: 2011<br>Consideration: VENDOR | | | | 27,020.50 |
| ACCOUNT NO.<br><br>LANIER<br>PO BOX 71459<br>SAN JUAN, PR 00936-8559 | | | Incurred: 2011<br>Consideration: MAINTENANCE SERVICES-PHOTOCOPIER | | | | 338.82 |
| ACCOUNT NO.<br><br>LC DISTRIBUTORS INC.<br>APARTADO 361709<br>SAN JUAN, PR 00936 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 2,046.32 |

Sheet no. _8_ of _13_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $   35,036.75

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B6F (Official Form 6F) (12/07) - Cont.

In re  BMF, INC. _____,        Case No. _____
                   **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MCBRANDI ENGINEERING INC.<br>PO BOX 2549<br>JOLIET IL 60434 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 215.00 |
| ACCOUNT NO.<br><br>MELISSA SALES CORP<br>PO BOX 6335<br>SAN JUAN, PR 00914-6335 | | | Incurred: 2011<br>Consideration: VENDOR | | | | 249.25 |
| ACCOUNT NO.<br><br>MULTIBATTERIES<br>PO BOX 2015<br>CAGUAS, PR 00726-2015 | | | Incurred: 2011<br>Consideration: RENTA MONTACARGAS | | | | 1,712.00 |
| ACCOUNT NO.<br><br>MULTIFORMS<br>PO BOX 19810<br>SAN JUAN, PR 00910-1981 | | | Incurred: 2011<br>Consideration: SUPPLIER | | | | 773.29 |
| ACCOUNT NO.<br><br>MUNOZ BONETA GONZALEZ<br>PO BOX 191979<br>SAN JUAN, PR 00919-1979 | | | Incurred: 2010<br>Consideration: LEGAL SERVICES | | | | 2,631.23 |

Sheet no. _9_ of _13_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $ 5,580.77

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-773 - 31346-302Y-08610

B6F (Official Form 6F) (12/07) - Cont.

In re  BMF, INC.                              ,        Case No. _____
              **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>NATIONAL PREMIUM FINANCE<br>PO BOX 366107<br>SAN JUAN, PR 00936-6107 | | | Incurred: 2011<br>Consideration: INSURANCE | | | | 3,493.42 |
| ACCOUNT NO.<br>NEW YORK WIPING<br>CALL BOX 2151<br>SAN JUAN, PR 00922-2151 | | | Incurred: 2011<br>Consideration: VENDOR | | | | 631.90 |
| ACCOUNT NO.<br>NICANOR CORP.<br>PO BOX 193383<br>SAN JUAN, PR 00919 | | | Incurred: 2010<br>Consideration: PROFESSIONAL SERVICES | | | | 400.00 |
| ACCOUNT NO.<br>NSF INTERNATIONAL<br>DEPT LOCKBOX 77138<br>PO BOX 77000<br>DETROIT, MI 48277-1380 | | | Incurred: 2011<br>Consideration: SERVICES/CERTIFICATION | | | | 1,650.00 |
| ACCOUNT NO.<br>ORGANIZED KASHRUS<br>391 TROY AVENUE<br>BROOKLYN, NY 11213 | | | Incurred: 2010<br>Consideration: SERVICES/CERTIFICATION | | | | 5,025.00 |

Sheet no. __10__ of __13__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $          11,200.32

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B6F (Official Form 6F) (12/07) - Cont.

In re   BMF, INC. _____ ,   Case No. _____
         **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PAC TECH INTERNATIONAL<br>BOX 9046<br>CAROLINA, PR 00988-9046 | | | Incurred: 2011<br>Consideration: VENDOR<br>CIVIL CASE NO. KCD2011-2950 | X | X | X | 36,099.24 |
| ACCOUNT NO.<br><br>PAC TECH INTERNATIONAL<br>C/O FERNANDO AGRAIT, ESQ.<br>701 PONCE DE LEON AVE.<br>EDIF. CENTRO DE SEGUROS OFI. 414<br>SAN JUAN, PR 00907 | | | Consideration: CIVIL CASE NO.<br>KCD2011-2950 | X | X | X | Notice Only |
| ACCOUNT NO.<br><br>PEDRO DAVILA<br>PO BOX 1377<br>GURABO, PR 00778 | | | Incurred: 2010<br>Consideration: TRANSPORT SERVICES | | | | 19,513.95 |
| ACCOUNT NO.<br><br>PELLOT GONZALEZ TAX<br>ATTORNEYS<br>PO BOX 12011<br>SAN JUAN, PR 00914 | | | Incurred: 2008<br>Consideration: LEGAL SERVICES | | | | 4,396.59 |
| ACCOUNT NO.<br><br>ROBERT'S SECURITY SERVICES<br>PMB 128<br>PO BOX 7891<br>GUAYNABO, PR 00970-7891 | | | Incurred: 2011<br>Consideration: SECURITY SERVICES | | | | 10,040.00 |

Sheet no. 11 of 13 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $   70,049.78

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B6F (Official Form 6F) (12/07) - Cont.

In re  BMF, INC. _____ ,  Case No. _____
      **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  927420091<br><br>SCOTIABANK<br>273 AVE. PONCE DE LEON<br>PISO 8<br>HATO REY, PR 00918 | | | Incurred: 2012<br>Consideration: OVERDRAFT | | | | 3,325.33 |
| ACCOUNT NO.<br><br>SMI USA, INC.<br>DEPARTMENT 655<br>PO BOX 150473<br>HARTFORD, CT 06115-0473 | | | Incurred: 2009<br>Consideration: PARTS | | | | 5,621.93 |
| ACCOUNT NO.<br><br>SMURFIT-STONE, INC.<br>AMELIA INDUSTRIAL PARK<br>47 AMELIA STREET<br>GUAYANBO, PR 00968-8003 | | | Incurred: 2010<br>Consideration: SUPPLIER | | | | 3,170.12 |
| ACCOUNT NO.<br><br>SPECIALTY OFFICE PRODUCTS<br>PO BOX 1914<br>GUAYANBO, PR 00970-1914 | | | Incurred: 2011<br>Consideration: VENDOR | | | | 563.69 |
| ACCOUNT NO.<br><br>TALY PALETS<br>PO BOX 3435<br>AMELIA CONT<br>CATANO, PR 00963 | | | Incurred: 2011<br>Consideration: SUPPLIER | | | | 1,840.00 |

Sheet no. 12 of 13 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $  14,521.07

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  BMF, INC. _____ ,   Case No. _____
            **Debtor**                                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>TRANSPORT SOLUTIONS INC.<br>PO BOX 16743<br>SAN JUAN, PR 00908-6743 | | | Incurred: 2009<br>Consideration: TRANSPORT SERVICES | | | | 585.00 |
| ACCOUNT NO.<br>TRIPLE S<br>PO BOX 71548<br>SAN JUAN, PR 00936-8648 | | | Incurred: 2012<br>Consideration: MEDICAL INSURANCE | | | | 4,289.75 |
| ACCOUNT NO.<br>TRNSPORTE B. RODRIGUEZ<br>PO BOX 18<br>COMERIO, PR 00782 | | | Incurred: 2008<br>Consideration: TRANSPORT SERVICES | | | | 7,480.00 |
| ACCOUNT NO.<br>WORLDNET<br>PO BOX 70201<br>SAN JUAN, PR 00936-8201 | | | Incurred: 2011<br>Consideration: TELEPHONE SERVICES | | | | 1,165.38 |
| ACCOUNT NO.<br>YOLY INDUSTRIAL<br>PO BOX 8668<br>CAGUAS, PR 00726 | | | Incurred: 2010<br>Consideration: VENDOR | | | | 1,053.44 |

Sheet no. _13_ of _13_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                        Subtotal ▶ | $ | 14,573.57

                        Total ▶ | $ | 1,273,277.62

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B6G (Official Form 6G) (12/07)

In re  BMF, INC. _____    Case No. _____

_____Debtor_____                        _____(if known)_____

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether the debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DEPARTAMENTO DE RECURSOS NATURALES Y AMBIENTALES<br>PO BOX 366147<br>SAN JUAN, PR 00936 | FRANQUICIA PARA EL USO Y APROVECHAMIENTO DE LAS AGUAS DE PUERTO RICO<br>FRANQUICIA NUM. O-FA-FACO3-SJ-00103-20052008<br>Contract No: O-FA-FACO3-SJ-00103-200522008 |
| WAL-MART STORES, INC.<br>702 SW EIGHTH ST.<br>BENTONVILLE, AR 72716 | SUPPLIER AGREEMENT<br>SUPPLIER NO. 671163-95-0 |
| WAL-MART STORES, INC.<br>702 SW EIGHTH ST.<br>BENTONVILLE, AR 72716 | SUPPLIER AGREEMENT<br>SUPPLIER NO. 671163-64-0 |
| COSTCO WHOLESALES<br>PO BOX 34622<br>SEATTLE, WA 98124-1622 | WHOLESALE VENDOR PURCHASE PROGRAM AGREEMENT<br>VENDOR NO. 67582-00 |
| PLAZA EXTRA SUPERMARKET<br>PO BOX 503358<br>ST, VI 00805 | DISTRIBUTION AGREEMENT |
| IFCO RECYCLING INC.<br>PO BOX 191744<br>SAN JUAN, PR 00919-1744 | LEASE CONTRACT |
| ROBERT'S SECURITY SERVICES<br>PMB 128<br>PO BOX 7891<br>GUAYNABO, PR 00970-7891 | SECURITY AGREEMENT |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B 6G (Official Form 6G) (12/07) -- Cont.

In re  BMF, INC.                              Case No. _____
_____
       Debtor                                                    (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MULTIBATTERIES<br>PO BOX 2015<br>CAGUAS, PR 00726-2015 | LEASE CONTRACT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

B6H (Official Form 6H) (12/07)

In re __BMF, INC._____     Case No. _____
　　　　　　　　_Debtor_　　　　　　　　　　　　　　　　　　　　　　_(if known)_

## SCHEDULE H - CODEBTORS

　　Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐　Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ORLANDO MAYENDIA DIAZ<br>PO BOX 11909<br>SAN JUAN, PR 00922-1909 | BANCO POPULAR DE PR<br>PRESTAMOS ESPECIALES (733)<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 |
| ORLANDO MAYENDIA DIAZ<br>PO BOX 11909<br>SAN JUAN, PR 00922-1909 | FIRST BANK<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 |
| EVAN PAGAN BURGOS<br>PO BOX 36885<br>SAN JUAN, PR 00936-3885 | FIRST BANK<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 |
| EVAN PAGAN BURGOS<br>PO BOX 36885<br>SAN JUAN, PR 00936-3885 | BANCO POPULAR DE PR<br>PRESTAMOS ESPECIALES (733)<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 |
| ANDREW B. FOTI<br>PO BOX 36885<br>SAN JUAN, PR 00936-3885 | BANCO POPULAR DE PR<br>PRESTAMOS ESPECIALES (733)<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 |
| ANDREW B. FOTI<br>PO BOX 36885<br>SAN JUAN, PR 00936-3885 | FIRST BANK<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 |

B6 (Official Form 6 – Declaration) (12/07)

BMF, INC.

In re _____  Case No. _____
Debtor                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                                               Debtor

Date _____        Signature: _____
                                                                        (Joint Debtor, if any)

[If joint case, both spouses must sign.]

----------------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                              *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____

Address

X _____          _____
   Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

----------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  GENERAL MANAGER  [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the BMF, INC.  [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of · 3 2 sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date  JANAURY 31 , 2012          Signature: _____
                                                                   LUIS O. MAYENDIA BLANCO
                                                                   [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

----------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT
### Distsrict of Puerto Rico

In Re  BMF, INC.                                                    Case No. _____
                                                                            (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | | SOURCE | |
|---|---|---|---|---|
| 2012 | $1,200,000.00 | ESTIMATE INCOME | | FY: 10/1/2011 to 1/30/2012 |
| 2011 | $6,500,000.00 | ESTIMATE INCOME | | FY: 10/1/2010 to 9/30/2011 |
| 2010 | $7,000000.00 | ESTIMATE INCOME | | FY: 10/1/2009 to 9/30/2010 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-98410

**2.   Income other than from employment or operation of business**

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3.  Payments to creditors**

None

☒

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

SEE EXHIBIT 1

None
☒

c. *All debtors:*  List all payments made within one year immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13
must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a.      List all suits and administrative proceedings to which the debtor is or was a party within one year
immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13
must include information concerning either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| PAC TECH INTERNATIONAL VS. BMF, INC. CASE NO. KCD2011-2950 | COLLECTIONOF MONEYS | FIRST INSTANCE COURT SAN JUAN PART | |
| CWP, CORP. VS. BMF, INC. CASE NO. ECD2011-1036 | COLLECTION OF MONEYS | FIRST INSTANCE COURT CAGUAS PART | |
| BORINQUEN CONTAINER, CORP. VS. BMF, INC. CASE NO. ECD2010-1776 | COLLECTION OF MONEYS | FIRST INSTANCE COURT CAGUAS PART | |
| BANCO POPULAR DE PUERTO RICO VS. BMF, INC., ET ALS. CASE NO. ECD2011-1593 | COLLECTION OF MONEYS | FIRST ISNTANCE COURT CAGUAS PART | |

None ☒   b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5.   Repossessions, foreclosures and returns**

None ☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.   Assignments and Receiverships**

None ☒   a.   Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☒   b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.   Gifts**

None
☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.   Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.   Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| CARMEN D. CONDE TORRES<br>C. Conde & Assoc.<br>254 SAN JOSE STREET<br>SUITE 5<br>SAN JUAN, PR 00901-1523 | JANUARY 18, 2012 | $25,000.00<br>$1,046.00 (FILING FEES) |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

**10. Other transfers**

None ☐

a.   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| ARTHUR JOSEPH<br>Relationship: MECHANIC | 2009-2010 | 1995 VAN FORD ECONOLINE<br>VIN NO. 1FTJE34Y7SHA10388<br>$1.00 |

b.   List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| FIRST BANK<br>PO BOX 9146<br>SANTURCE, PR 00908 | CHECKING ACCOUNT<br>ACCOUNT NO. 105022137<br>Closing Balance: $76.24 | OCTOBER 24, 2011 |

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610





**16.  Spouses and Former Spouses**

None
☒

    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

        NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒

    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☒

    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☒

    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

**18. Nature, location and name of business**

None ☒   a.   If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ☒   b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None ☐    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| YARITZA VEGA DE JESUS<br>VILLAS DE CANDELERO<br>CALLE GOLONDRINA NO. 54<br>HUMACAO, PR 00791 | 2000-2012 |

None ☐    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| AQUINO DE CORDOVA<br>ALFARO & CO. | PO BOX 70262<br>SAN JUAN, PR 00936-8262 | 2006-2012 |

None ☐    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| YARITZA VEGA DE JESUS | VILLAS DE CANDELERO<br>CALLE GOLONDRINA NO. 54<br>HUMACAO, PR 00791 |

None ☐    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| BANCO POPULAR DE PUERTO RICO<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | 2009 |
| FIRST BANK<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | 2009 |

**20. Inventories**

None ☐  a.   List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| SEPTEMBER 30, 2010 | YARITZA VEGA DE JESUS | $114,950.00 |
| SEPTEMBER 30, 2011 | YARITZA VEGA DE JESUS | $70,512.00 |

None ☐  b.   List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| SEPTEMBER 30, 2010 | ALFREDO BONILLA<br>MICHAEL CASTRO<br>PO BOX 277<br>CAGUAS, PR 00726-0277 |
| SEPTEMBER 30, 2011 | ALFREDO BONILLA<br>MICHAEL CASTRO<br>PO BOX 277<br>CAGUAS, PR 00726-0277 |

**21. Current Partners, Officers, Directors and Shareholders**

None ☒  a.   If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b.   If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| ANDREW B. FOTI<br>PO BOX 36885<br>SAN JUAN, PR 00936-3885 | PRESIDENT | 50% |
| ORLANDO MAYENDIA<br>PO BOX 11909<br>SAN JUAN, PR 00922-1909 | VICE-PRESIDENT | 50% |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

**22. Former partners, officers, directors and shareholders**

None ☒   a.   If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☒   b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒   If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|----|----|----|

**24. Tax Consolidation Group**

None ☒   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----|----|

**25. Pension Funds**

None ☒   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----|----|

*   *   *   *   *   *

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _JANAURY 31, 2012_____     Signature _____

LUIS O. MAYENDIA BLANCO,
GENERAL MANAGER
_____
Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____0_____ continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

X_____      _____
Signature of Bankruptcy Petition Preparer                                       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

B4 (Official Form4)(12/07)

# UNITED STATES BANKRUPTCY COURT
## Distsrict of Puerto Rico

In re    BMF, INC.                                           ,
　　　　　　　　　　　　　　　Debtor

Case No. _____

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| ALPLA CARIBE<br>PO BOX 2907<br>GUAYAMA, PR 00785 | | | Unliquidated | 831,783.77 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR<br>00919-5387 | | | | 372,427.69 |
| INTERNAL REVENUE SERVICES<br>PO BOX 7346<br>PHILADELPHIA, PA<br>19101-7346 | | | | 145,779.57 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

| | | | | |
|---|---|---|---|---|
| AUTORIDAD DE ENERGIA ELECTRICA PO BOX 363508 SAN JUAN, PR 00936-3508 | | | | 120,115.33 |
| DEPARTMENT OF TREASURY BANKRUPTCY DIVISION PO BOX 9024140 SAN JUAN, PR 00902-4140 | | | | 78,933.51 |
| FONDO DEL SEGURO DEL ESTADO PO BOX 365028 SAN JUAN, PR 00936-5028 | | | | 45,746.69 |
| MUNICIPALITY OF CAGUAS PO BOX 907 CAGUAS, PR 00726-907 | | | | 43,856.37 |
| CENTRAL PRODUCE EL JIBARITO PO BOX 11909 SAN JUAN, PR 00922-11909 | | | | 42,954.14 |
| PAC TECH INTERNATIONAL BOX 9046 CAROLINA, PR 00988-9046 | | | Contingent Unliquidated Disputed | 36,099.24 |
| CWP CORPORATION BOX 10037 SAN JUAN, PR 00926 | | | Contingent Unliquidated Disputed | 30,338.48 |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

LABELS UNLIMITED INC.
PO BOX 9023465
SAN JUAN, PR
00902-3465

27,020.50

DEPARTAMENTO DE RECURSOS NATURALES Y AMBIENTALES
PO BOX 366147
SAN JUAN, PR 00936

26,576.25

PEDRO DAVILA
PO BOX 1377
GURABO, PR 00778

19,513.95

CARIBE INDUSTRIAL
PO BOX 60980
BAYAMON, PR 00960

15,384.83

JL WATER CONSULTANT
PO BOX 9349
BAYAMON, PR 00960

12,054.76

ROBERT'S SECURITY SERVICES
PMB 128
PO BOX 7891
GUAYNABO, PR
00970-7891

10,040.00

BUSINESS TECHNICAL SERVICES
PMB 362 PO BOX 4960
CAGUAS, PR 00726

9,693.83

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

GRAPHIC LABELS INC.
3418 N ORANGE BLOSSOM
ORLANDO, FL 32804-3411

9,334.80

IFCO RECYCLING INC.
PO BOX 191744
SAN JUAN, PR. 00919-1744

Unliquidated

8,459.60

FEDEX
PO BOX 371461
PITTSBURGH, PA 15250-7461

8,098.65

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    JANAURY 31, 2012

Signature    _____

LUIS O. MAYENDIA BLANCO, GENERAL MANAGER

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31846-302Y-08610

ACCURATE COLLECTION SERVICES INC
PO BOX 16053
SAN JUAN PR 00908


AG SECURITY SUSTEMS INC
PMB 316 1353 CARR 19
GUAYNABO PR 00966-2700


ALBA L CRUZ MOYA
PMB NO 173 B
PO BOX 194000
SAN JUAN PR 00914-4000


ALBERTO SONE
CALLE PILAR NO 584
SAN JUAN PR 00915


ALPLA CARIBE
PO BOX 2907
GUAYAMA PR 00785


ANDREW B FOTI
PO BOX 36885
SAN JUAN PR 00936-3885


ANGEL MERLY  ASSOCIATES
1056 MUNOZ RIVERA AVE
FIRST FEDERAL BUILDING SUITE 804
RIO PIEDRAS PR 00927


ASOCIACION DE PRODUCTOS DE PR
PO BOX 363631
SAN JUAN PR 00936-3631


AUTORIDAD DE ACUEDUCTOS
Y ALCANTARILLADOS
PO BOX 70101
SAN JUAN PR 00936-8101


AUTORIDAD DE ENERGIA ELECTRICA
PO BOX 363508
SAN JUAN PR 00936-3508

BANCO POPULAR DE PR
CO ONEILL   BORGES
AMERICAN INTL PLAZA SUITE 800
250 MUNOZ RIVERA AVE
HATO REY PR 00919-1813


BANCO POPULAR DE PR
PRESTAMOS ESPECIALES 733
PO BOX 362708
SAN JUAN PR 00936-2708


BANCO POPULAR DE PUERTO RICO
PRESTAMOS ESPECIALES 733
PO BOX 362708
SAN JUAN PR 00936-2708


BORINQUEN CONTAINER CORP
CO ALBERTO DE DIEGO COLLAR
MLDEZ PEREZ DE DIEGO   JIMENEZ
PO BOX 19328
SAN JUAN PR 00910-1328


BORINQUEN CONTAINER CORP
PO BOX 145170
ARECIBO PR 00614-5170


BUSINESS TECHNICAL SERVICES
PMB 362 PO BOX 4960
CAGUAS PR 00726


CARIBE INDUSTRIAL
PO BOX 60980
BAYAMON PR 00960


CARLOS RAMIREZ TORRES
CALLE ORQUIDEA A1-21
BONEVILLE MARNOR
CAGUAS PR 00725


CASIANO COMMUNICATION
1700 FERNANDEZ JUNCOS
SAN JUAN PR 00909

CENTRAL PRODUCE EL JIBARITO
PO BOX 11909
SAN JUAN PR 00922-11909


COLON INDUSTRIAL
VILLA DEL REY 4TH SECTION
FF1 11H STREET
CAGUAS PR 00727-6827


COSTCO WHOLESALES
PO BOX 34622
SEATTLE WA 98124-1622


CRIM
PO BOX 195387
SAN JUAN PR 00919-5387


CWP CORPORATION
BOX 10037
SAN JUAN PR 00926


CWP CORPORATION
CO ROBERTO L VARELA ESQ
CALLE GOYCO 49
CAGUAS PR 00725


DEPARTAMENTO DE RECURSOS
NATURALES Y AMBIENTALES
PO BOX 366147
SAN JUAN PR 00936


DEPARTAMENTO DE RECURSOS NATURALES Y AMBIENTALES
PO BOX 366147
SAN JUAN PR 00936


DEPARTAMENTO DEL TRABAJO Y
RECURSOS HUMANOS
PO BOX 191020
SAN JUAN PR 00919-1020

DEPARTMENT OF TREASURY
BANKRUPTCY DIVISION
PO BOX 9024140
SAN JUAN PR 00902-4140


DUENAS TRAILER RENTAL
PO BOX 194859
SAN JUAN PR 00919-4859


EL JARDIN DEL EDEN
PO BOX 775
CIDRA PR 00739


ERNESTO VILLANOVA VELEZ
PO BOX 3557
CAROLINA PR 00984-3557


ESB PR CORPORATION
PO BOX 1410
CAROLINA PR 00987


EVAN PAGAN BURGOS
PO BOX 36885
SAN JUAN PR 00936-3885


FEDEX
PO BOX 371461
PITTSBURGH PA 15250-7461


FILLER SPECIALTIES INC
440 100TH STREET
ZEELAND MI 49464


FIRST BANK
PO BOX 9146
SAN JUAN PR 00908-0146


FONDO DEL SEGURO DEL ESTADO
PO BOX 365028
SAN JUAN PR 00936-5028

FORTO SALES
PO BOX 910
GUAYANBO PR 00970-0910


GRAPHIC LABELS INC
3418 N ORANGE BLOSSOM
ORLANDO FL 32804-3411


GUSTAVO FIRPI
1054 MADRID
URB SANTA RITA
SAN JUAN PR 00925


HATO REY PLASTIC
CO ARTURO GONZALEZ MARTIN
PO BOX 193377
SAN JUAN PR 00919-3377


HATO REY PLASTIC
PO BOX 366757
SAN JUAN PR 00936-6757


IFCO RECYCLING INC
CO MANUEL VALLECILLO
HATO REY CENTER SUITE 507
268 PONCE DE LEON AVE
SAN JUAN PR 00918


IFCO RECYCLING INC
PO BOX 191744
SAN JUAN PR 00919-1744


IMG INTERCONTINENTAL MARKETING
GROUP INC
PO BOX 362497
SAN JUAN PR 00936-2497


INDUSTRIAL SEALING SYSTEM
PO BOX 2017 PMB 219
LAS PIEDRAS PR 00771

INKJET INC
11111 INKJET WAY
WILLIS TX 77378


INTERNAL REVENUE SERVICES
PO BOX 7346
PHILADELPHIA PA 19101-7346


IRS
CITIVIEW PLAZA NO II
48 CARRETERA 165 SUITE 2000
GUAYNABO PR 00968-8000


JAVIER MENDEZ
PO BOX 9814
CAGUAS PR 00726


JL WATER CONSULTANT
PO BOX 9349
BAYAMON PR 00960


JOCO PLUMBING
HC 09 BOX 61402
CAGUAS PR 00725


JP INDUSTRIAL SALES
PO BOX 9020735
SAN JUAN PR 00902-0735


L ORTIZ TRUCKING INC
APARTADO 419
SALINAS PR 00751


LABELS UNLIMITED INC
PO BOX 9023465
SAN JUAN PR 00902-3465


LANIER
PO BOX 71459
SAN JUAN PR 00936-8559

LC DISTRIBUTORS INC
APARTADO 361709
SAN JUAN PR 00936


MCBRANDI ENGINEERING INC
PO BOX 2549
JOLIET IL 60434


MELISSA SALES CORP
PO BOX 6335
SAN JUAN PR 00914-6335


MULTIBATTERIES
PO BOX 2015
CAGUAS PR 00726-2015


MULTIFORMS
PO BOX 19810
SAN JUAN PR 00910-1981


MUNICIPALITY OF CAGUAS
PO BOX 907
CAGUAS PR 00726-907


MUOZ BONETA GONZALEZ
PO BOX 191979
SAN JUAN PR 00919-1979


NATIONAL PREMIUM FINANCE
PO BOX 366107
SAN JUAN PR 00936-6107


NEW YORK WIPING
CALL BOX 2151
SAN JUAN PR 00922-2151


NICANOR CORP
PO BOX 193383
SAN JUAN PR 00919

NSF INTERNATIONAL
DEPT LOCKBOX 77138
PO BOX 77000
DETROIT MI 48277-1380


ORGANIZED KASHRUS
391 TROY AVENUE
BROOKLYN NY 11213


ORLANDO MAYENDIA DIAZ
PO BOX 11909
SAN JUAN PR 00922-1909


PAC TECH INTERNATIONAL
BOX 9046
CAROLINA PR 00988-9046


PAC TECH INTERNATIONAL
CO FERNANDO AGRAIT ESQ
701 PONCE DE LEON AVE
EDIF CENTRO DE SEGUROS OFI 414
SAN JUAN PR 00907


PEDRO DAVILA
PO BOX 1377
GURABO PR 00778


PELLOT GONZALEZ TAX ATTORNEYS
PO BOX 12011
SAN JUAN PR 00914


PLAZA EXTRA  SUPERMARKET
PO BOX 503358
ST VI 00805


ROBERTS SECURITY SERVICES
PMB 128
PO BOX 7891
GUAYNABO PR 00970-7891

SCOTIABANK
273 AVE PONCE DE LEON
PISO 8
HATO REY PR 00918


SMI USA INC
DEPARTMENT 655
PO BOX 150473
HARTFORD CT 06115-0473


SMURFIT-STONE INC
AMELIA INDUSTRIAL PARK
47 AMELIA STREET
GUAYANBO PR 00968-8003


SPECIALTY OFFICE PRODUCTS
PO BOX 1914
GUAYANBO PR 00970-1914


TALY PALETS
PO BOX 3435
AMELIA CONT
CATANO PR 00963


TRANSPORT SOLUTIONS INC
PO BOX 16743
SAN JUAN PR 00908-6743


TRIPLE S
PO BOX 71548
SAN JUAN PR 00936-8648


TRNSPORTE B RODRIGUEZ
PO BOX 18
COMERIO PR 00782


US DEPARTMENT OF JUSTICE
FEDERAL LITIGATION DIVISION
PO BOX 9020192
SAN JUAN PR 0090-0192

WAL-MART STORES INC
702 SW EIGHTH ST
BENTONVILLE AR 72716


WORLDNET
PO BOX 70201
SAN JUAN PR 00936-8201


YOLY INDUSTRIAL
PO BOX 8668
CAGUAS PR 00726

# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

In re   BMF, INC. _____ ,
                    Debtor

Case No. _____

Chapter    11 _____

## VERIFICATION OF LIST OF CREDITORS

    I hereby certify under penalty of perjury that the attached List of Creditors which consists of 11 pages, is true, correct and complete to the best of my knowledge.

Date   JANAURY 31 2012 _____

Signature _____

           LUIS O. MAYENDIA BLANCO,
           GENERAL MANAGER

CARMEN D.
CONDE TORRES
C. Conde & Assoc.
254 SAN JOSE STREET
SUITE 5
SAN JUAN, PR 00901-1523
787-729-2900
787-729-2203